UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Hera Print, Inc.

          Plaintiff,

v.

          Case No.: 1:23−cv−11244

          Honorable John J. Tharp Jr.

The Partnerships and Unincorporated Associations
Identified in Schedule "A", et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 30, 2023:

      MINUTE entry before the Honorable John J. Tharp, Jr:Defendants Vintatre, Grecerelle, Kuotai, and Popyoung's emergency motion to enforce expiration of TRO [51] is granted in part and denied in part. The Court will not order the plaintiff to inform Amazon of the expiration of the TRO; the TRO will remain in effect as to the movants, as well as the other two defendants that similarly appeared, filed timely objections to the motion for preliminary injunction, and were ultimately excluded from the modified preliminary injunction order [48]. This amounts to: defendants nos. 2, 5, 10, 11, 19, and 21 (collectively, the "Objecting Defendants"). The Court's extension of the TRO past the 28−day deadline pending resolution of the motion for preliminary injunction against the Objecting Defendants is an appealable order pursuant to H−D Michigan, LLC v. Hellenic Duty Free Shops S.A., 694 F.3d 827, 844–45 (7th Cir. 2012) (holding that a district court may extend the duration of a TRO beyond the statutory limit and without consent of the enjoined party until it reaches a decision on a preliminary injunction by technically converting the TRO into an enforceable preliminary injunction subject to appellate review). The briefing schedule on the motion for preliminary injunction as to the Objecting Defendants set forth in the Court's prior order [47] remains in place. The Objecting Defendants are granted leave to deposit funds into the Court's registry account in the amount of $3,500.00 each. Such funds shall be held by the Clerk and shall not be disbursed until further order of Court. Upon confirmation from the Clerk that any of the Objecting Defendants have submitted the aforementioned funds, the asset restraints in the Temporary Restraining Order dated September 26, 2023 [13] against any such defendants shall be lifted. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was

generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.