# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Hera Print, Inc.

                                            Plaintiff,

v.                                                                            Case No.: 1:23−cv−11244

                                                                            Honorable John J. Tharp Jr.

The Partnerships and Unincorporated Associations Identified in Schedule "A", et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 31, 2024:

      MINUTE entry before the Honorable John J. Tharp, Jr:Defendants Fengze Qu Yunyan Fushi Shanghang d/b/a/ Dokotoo and Jinjiang Shi Hongxiang Fushi Zhizao CO,. LTD. d/b/a Roskiki's motion to release check bond [86] is granted. The Clerk of the Court is directed to release the $7,000 check bond that the defendants posted, plus any accrued interest, to the defendants, or their counsel, Whitewood Law LLC, 57 West, 57th Street, 3rd and 4th Floors, New York, NY, 10019. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.