IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HERA PRINT, INC., <br>     Plaintiff, <br> v. <br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br>     Defendants. | Case No. 23–cv–11244 <br><br> Judge John J. Tharp Jr. |

**DEFENDANTS VINTATRE, GRECERELLE, KUOTAI, AND POPYOUNG'S MOTION TO RELEASE FUNDS DEPOSITED IN REGISTRY ACCOUNT**

Defendants Vintatre, Grecerelle, Kuotai, and Popyoung (Def. Nos. 5, 10, 11, and 19, collectively "Defendants") respectfully request that the Court enter an order authorizing the release of four $3,500 check bonds they posted on November 2, 2023, in total amount of $14,000, plus any accrued interest. In support of their motion, Defendants state as follows:

1. On November 2, 2023, per the Court's order (ECF 52), each of the four moving Defendants deposited funds the Court's registry account in the amount of $3,500, totaling $14,000. The funds were deposited under the following names:

    - dongguanshishangzhifushi Co., Ltd. d/b/a Vintatre (Def. No. 11)
    - shenzhenshishangyikufushi Co. Ltd. d/b/a Grecerelle (Def. No 19)
    - Shenzhen Weiteli Clothing Co., Ltd. d/b/a Kuotai (Def. No. 5)
    - Shen Zhen Min Long E-Commerce Co., Ltd. d/b/a Popyoung (Def. No. 10)

2. These funds remained deposited with the Court in lieu of an asset restraint as part of the preliminary injunction issued by the Court. *See* ECF 75 at 3.

3. On May 24, 2024, Plaintiff filed a notice of dismissal of these defendants, and, on May 28, 2024, the Court dismissed them from the case. *See* ECF 98, 99.

WHEREFORE, Defendants respectfully requests that the Court enter an order authorizing the release of $14,000, plus any accrued interest, to the moving Defendants, in care of their counsel of record, Tabet DiVito & Rothstein, LLC.

Date: June 10, 2024                           Respectfully submitted,

**VINTATRE, GRECERELLE, KUOTAI, and POPYOUNG (Def. Nos. 5, 10, 11, and 19)**

By: /s/ Daniel I. Konieczny
    One of Its Attorneys

| | |
|---|---|
| Hua Chen | Daniel I. Konieczny (#6275293) |
| ScienBiziP, P.C. | TABET DIVITO & ROTHSTEIN LLC |
| 550 S. Hope Street, Suite 2825 | 209 S. LaSalle Street, 7th Floor |
| Los Angeles, California 90071 | Chicago, IL 60604 |
| Telephone: (213) 426-1771 | Telephone: (312) 762-9450 |
| huachen@scienbizippc.com | dkonieczny@tdrlaw.com |